The relief described hereinbelow is SO ORDERED.

Signed October 19, 2022.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE | CASE NO. 20-60670-mmp |
|     JAIME SALDIVAR | |
|     FRIDA MARIA SALDIVAR | |
| DEBTORS | CHAPTER 13 |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SALE OF ESTATE PROPERTY PURSUANT TO 11 USC §363(f)**

ON THIS DATE came on to be considered the Motion of the Movants, Jaime Saldivar and Frida Maria Saldivar., the Debtors ("Debtor") for court approval and authorization to sale estate property the subject of a post-petition contract of sale with Ron Finn, Attorney in Fact for Quest Trust Company In accord with the terms of that contract and to satisfy in full existing liens and encumbrances as well as costs of sale from the proceeds of that sale. The Court after reviewing Debtor's Motion finds the Debtor has certified that its Motion was served in accordance with local rules that no pleading or response has been filed in opposition thereto, and that good cause exists for the granting of this Motion and it is hereby granted.

IT IS ORDERED that the sale of the estate property located at 4423 Corsicana

Highway, Waco, Texas 76705, the subject of the post-petition contract with Ron Finn, Attorney in Fact for Quest Trust Company is hereby approved and that Debtor is authorized to conclude that sale in accord with the terms of that contract and to sell said property free and clear of all liens and encumbrances.

It is further ORDERED that all liens and encumbrances on the subject property shall attach to the proceeds of that sale and that Debtor shall pay all such liens and encumbrances as well as the costs of the sell in full from such sales proceeds at the closing thereof.

It is further ORDERED that the tax lien for the 2022 tax year assessed against the subject property shall be retained against the property until the 2022 taxes are paid in full.

It is further ORDERED that the net proceeds from the sale of the subject property shall be paid to the chapter 13 trustee for treatment and disbursement under the Debtor's confirmed plan.

# # #


WASH & THOMAS, ATTORNEYS
Frank D. Thomas, Jr.
State Bar No. 19880500
6613 Sanger Ave.,  Waco, Texas 76710
(254) 776-3611 / (254) 776-9217 - Fax
fthomas@washthomas.com
Attorneys for Debtor