**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 04, 2023.**





_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-60670-MPP |
| | § | |
| JAIME SALDIVAR | § | |
| FRIDA MARIA SALDIVAR | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

**ORDER GRANTING DEBTORS' MOTION TO MODIFY
CHAPTER 13 PLAN AFTER CONFIRMATION**

ON THIS DATE came on to be considered the motion electronically filed by Frank D. Thomas, Jr., Attorney for Debtors, Jamie Saldivar and Frida Maria Saldivar to modify their Chapter 13 Plan after confirmation. The Court after reviewing Debtors' motion finds that Debtors have certified that their motion was served in accordance with local rules and that no pleading or response has been filed in opposition thereto.

IT IS HEREBY ORDERED, that Debtors' Second Motion to Modify Chapter 13 Plan After Confirmation, be **GRANTED**, and the Chapter 13 Plan be, and the same is hereby modified in the following respects only:

    a.    Debtors' plan to fund the modification of this plan by remitting the net proceeds from the real of non-exempt real properties which are the subject of a motion to sell such properties filed contemporaneously with the court. The payment of these net sales proceeds into the plan will allow for the payment in full of the statutory amounts due to the McLennan County Tax Assessor Collector on Accounts 280570000191016 and 20885000133017 plus substantially payoff the remaining balance of Debtors unpaid base amount.

      b.      Debtors' plan base shall remain the same at $198,410.00 and the filed/allowed unsecured creditors would receive an approximate 100% dividend.

      c.      Attorney fees for filing this motion to modify plan in the presumptively reasonable amount of $450.00 should be awarded to Debtors' attorney and paid through Debtors modified plan.

IT IS SO ORDERED.

# # #

WASH & THOMAS, ATTORNEYS
Frank D. Thomas, Jr.
State Bar No. 19880500
6613 Sanger Ave., Waco, Texas 76710
(254) 776-3611 / (254) 776-9217 - Fax
fthomas@washthomas.com
Attorneys for Debtors